Your name: SEAN-LYONS: JOHNSON BENE

Address: PO Box 22025

OAKLAND CA 94623

Phone Number: 510-626-5828

E-mail Address: aniishione@gmail.com

Pro se

F I L E D

AUG 23 2023 AM

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

SEAN-LYONS: JOHNSON
BENE

_____

_____

Plaintiff,

vs.

WELLS FARGO, et al.,

_____

_____

_____

_____

_____

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 22-CV-06782-
LB HSG - SLS

**ADMINISTRATIVE MOTION AND
[PROPOSED] ORDER TO CHANGE
DEADLINE FOR FILING** *[document
title]*

_____

_____

_____

_____

_____

Judge: Hon. LAUREL BEELER

1.

MOTION TO CHANGE DEADLINE FOR FILING

The *[title of document]* ORDER REASSIGNING CASE ; REPORT

AND RECOMMENDATION TO DISMISS COMPLAINT

is currently due on *[date]* AUGUST 24, 2023

    2.  I respectfully request that the Court change this deadline to *[ new date]*

SEPTEMBER 30, 2023

    3.  I have *[check box that applies]*:

        ☑ not already asked the Court to change this deadline.

        ☐ already asked the Court to change this deadline.

    4.  This change is necessary because *[explain]*:

FEDERAL PRO BONO PROJECT WILL NOT BE ABLE TO ASSIST

ME WITH CASE NUMBER 22-CV-06782-LB UNTILL

THURSDAY, SEPTEMBER 14, At 12:00 p.m DUE TO HEAVY

CASE LOADS (SEE E-MAIL)

    5.  I believe changing this deadline *[check one]*:

        ☑ will not affect any other deadlines.

        ☐ may affect these other deadlines and dates *[list anything else that may need to*

        *be rescheduled, such as a hearing related to the papers need to file]*:

    6.  The opposing side *[check box that applies and explain]*:

        ☑ has agreed to this change.

        ☐ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING

but was unsuccessful. *[State who you tried to reach, when, and the person's response]:*

CERTIFICATE OF SERVICE WAS SENT TO WELLS FARGO

TO INFORM THEM OF THIS MOTION

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: AUG. 19, 2023

Signature: Sean-Lyons: Johnson Bene

Printed name: SEAN-LYONS: JOHNSON BENE

Pro Se

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The deadline for filing the

objection to the report and recommendation is *[date]* September 30, 2023 .

IT IS SO ORDERED.

Date: 8/24/2023

*[For Judge]* Haywood S. Gill Jr.

*[Judge's name]* Haywood S. Gilliam, Jr.

United States District ~~Magistrate~~ Judge

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*