UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN-LYONS JOHNSON:BENE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO OF SAN LEANDRO, et al.,<br><br>Defendants. | Case No. 22-cv-06782-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 19 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Regarding Dismissal, as well as the objection to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts Judge Beeler's recommendation to dismiss the case. Dkt. No. 19. However, the Court will dismiss the complaint *without* prejudice: since Plaintiff says in his Opposition to Judge Beeler's Report that he did not receive a copy of the July 3, 2023 Screening Order in time to comply with the deadline for filing an amended complaint, Dkt. No 24, Plaintiff will have one final opportunity amend his complaint as required by that order, Dkt. No. 18. Accordingly, the Court **DISMISSES** Plaintiff's complaint without prejudice.

Should he choose to file an amended complaint, Plaintiff is ordered to do so by November 30, 2023. Any amended complaint must remedy the deficiencies Judge Beeler identified in the July 3, 2023 Screening Order. Dkt. No. 18. If no complaint is filed by that date, the Court will dismiss the case without further leave to amend.

**IT IS SO ORDERED.**

Dated: October 31, 2023

HAYWOOD S. GILLIAM, JR.
United States District Judge