Your name: SEAN-LYONS: JOHNSON BENE
Address: PO BOX 22025
OAKLAND CA 94623
Phone Number: 510-626-5828
E-mail Address: aniishione@gmail.com

Pro se

**FILED**
NOV 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| SEAN-LYON: JOHNSON BENE | Case Number: 4:22-CV-06782-HSG |
| Plaintiff, | ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING [document title] |
| vs. | |
| WELLS FARGO OF SAN LEANDRO ET al, | |
| | Judge: Hon. HAYWOOD S. Gilliam |
| Defendant. | |

1.

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____ ; PAGE ___ OF 3 [JDC TEMPLATE Rev.2017]

The *[title of document]* __Amended Complaint__

is currently due on *[date]* __November 30, 2023__

2. I respectfully request that the Court change this deadline to *[ new date]* __So I can address FEDPRO of This ORDER to 01-30-24__

3. I have *[check box that applies]*:

    ☑ not already asked the Court to change this deadline.

    ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:

    I would like Help from Fedpro because of DKt. No. 24, And DKt. No. 21 submission Sep 29, I'm some how confussed of this, please allow me to speak to Fedpro to schedual an appointment to give the court a date of submission for District Judge H.S. Gilliam's court Order due by November 30, 2023. I presently awaiten my appointment schedual.

5. I believe changing this deadline *[check one]*:

    ☑ will not affect any other deadlines.

    ☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:

    ☐ has agreed to this change.

    ☑ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*

but was unsuccessful. *[State who you tried to reach, when, and the person's response]:*

I have not untill I have addressed the courts of the situation.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: Nov. 20ᵈ 2023    Signature: Sean-Lyons : Johnson Bey

Printed name: SEAN-LYONS : JOHNSON BEYE

Pro Se

### ORDER

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The deadline for filing the _amended complaint_ is *[date]* January 30, 2024.

IT IS SO ORDERED.

Date: _____11/28/2023_____    *[For Judge]* Haywood S. Gilliam Jr.

*[Judge's name]* ____Haywood S. Gilliam, Jr.____
United States District/~~Magistrate~~ Judge

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE ___ OF 3 *[JDC TEMPLATE Rev.2017]*