UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN-LYONS JOHNSON:BENE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO OF SAN LEANDRO, et al.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-06782-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE THE DEADLINE FOR FILING AN AMENDED COMPLAINT**<br><br>Re: Dkt. No. 30 |

　　　　Plaintiff filed an administrative motion to move the deadline for filing his second amended complaint from February 29, 2024 to March 30, 2024. The Court **GRANTS** the motion so that Plaintiff, who is proceeding pro se, can seek assistance at the Legal Help Center. Dkt. No. 30.

　　　　The Court further reminds Plaintiff that because the Court denied his motion to seal the entirety of his Amended Complaint, he must file a version of his Amended Complaint and accompanying exhibits that bear targeted and appropriate redactions to be publicly filed on the docket. Per the Court's order, Dkt. No. 29, February 16, 2024 was the deadline for Plaintiff to file this document. However, the Court will extend the deadline for this filing until March 15, 2024 to allow Plaintiff time to seek out legal assistance.

　　　　**IT IS SO ORDERED.**

Dated:　2/20/2024

　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge