UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN-LYONS JOHNSON:BENE,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO OF SAN LEANDRO, et al.,<br><br>      Defendants. | Case No. 22-cv-06782-HSG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Dkt. No. 32 |

In light of Plaintiff's filing at Dkt. No. 32 indicating that he agrees to voluntarily dismiss his complaint, the Court **DISMISSES** the case without prejudice and **DIRECTS** the Clerk to close the file. The amended complaint at Dkt. No. 28-1 will remain under seal.

This order terminates Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: 4/8/2024

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge